IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DIVISION OF MISSISSIPPI
WESTERN DIVISION

SHERMANN D. HENDERSON                                          PLAINTIFF

VS.                                   CIVIL ACTION NO. 5.11CV14DCB-RHW

BALFOUR BEATTY RAIL, INC.                                     DEFENDANT

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

This cause is before the Court on Plaintiff's Unopposed Motion for Extension of Time and the Court having been advised in the premises hereby GRANTS Plaintiff's unopposed Motion for Extension of Time and extends Plaintiff's deadline file his Response to Defendant's Motion for Summary Judgment until **October 7, 2011.**

Ordered, this 11th day of October, 2011.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE

Prepared by:
MARCIE SOUTHERLAND, MSB
JAMI L. CREWS, MSB #101724
1120 Jackson Street
Suite B
Vicksburg, MS 39183
Tel: 601-636-1930
Fax: 601-636-1563

OF COUNSEL:

SOUTHERLAND & SOUTHERLAND, PLLC
1120 Jackson Street
Vicksburg, MS 39180
tel: 601-636-1930
fax: 601-636-1563

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DIVISION OF MISSISSIPPI
WESTERN DIVISION

**SHERMAN D. HENDERSON**                          **PLAINTIFF**

VS.                        CIVIL ACTION NO. 5.11CV14DCB-RHW

**BALFOUR BEATTY RAIL, INC.**                      **DEFENDANT**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW, Plaintiff, Shermann Henderson, by and through counsel, and moves this Court for an Order granting him an extension of time until October 7, 2011 to file his Response to the Defendant's Response to Motion for Summary Judgement :

1. Plaintiff's response to Defendant's Motion for Summary Judgment is due October 3, 2011.

2. Plaintiff's counsel have been in trial and have been unable to adequately prepare and complete Plaintiff's response by the deadline date of October 3, 2011.

3. Plaintiff's counsel respectfully request a brief extension of time within which to file Plaintiff's response to the Motion for Summary Judgment.

4. Plaintiff's counsel have communicated with Defendant's counsel, who has advised that they have no objection to the requested extension of time within which to file the Plaintiff's response to the Motion for Summary Judgment.

5. This motion is not being filed for the purpose of delay in this cause.

WHEREFORE, Plaintiff Shermann Henderson moves for an Order granting him an extension of time until October 7, 2011 to file his Response to the Defendant's Motion for Summary Judgment.

Respectfully submitted, this the 30th day of September, 2011.

                                                             SHERMANN D. HENDERSON

BY: _____s/Jami L. Crews_____
        JAMI L. CREWS, MSB #101724
        1120 Jackson Street
        Suite B
        Vicksburg, MS 39183
        Tel: 601-636-1930
        Fax: 601-636-1563

BY: _____s/Marcie T. Southerland_____
MARCIE T. SOUTHERLAND, MSB#10360
1120 Jackson Street
Vicksburg, MS 39180
tel: 601-636-1930
fax: 601-636-1563

OF COUNSEL:

SOUTHERLAND & SOUTHERLAND, PLLC
1120 Jackson Street
Vicksburg, MS 39180
tel: 601-636-1930
fax: 601-636-1563

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Plaintiff's Initial Disclosures was served this the 30th day of September, 2011 via email to the following:

                    Laura F. Rose
                  Elizabeth Maron
            ADAMS AND REESE LLP
1018 Highland Colony Parkway, Suite 800
       Ridgeland, Mississippi 39157
           Fax: (601)355-9708
      email: laura.rose@arlaw.com
   email: elizabeth.maron@arlaw.com

                                        _____s/Jami L. Crews_____